IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>**GRADY A. ROBERTS,**<br><br>Debtor. | CHAPTER 13<br><br>Case No. 11-53671-jb |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned counsel for RES-GA Cobblestone, LLC and RES-GA Mills Cove, LLC (collectively, "RES-GA"), creditors and parties in interest in the above-styled Chapter 13 case of Grady A. Roberts (the "Debtor"), hereby appear as counsel and request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

>Gary W. Marsh, Esq.
>Nathan L. Garroway, Esq.
>Kathleen A. Lentz, Esq.
>David E. Gordon, Esq.
>McKenna Long & Aldridge LLP
>303 Peachtree Street, Suite 5300
>Atlanta, Georgia 30308
>Telephone:  (404) 527-4000
>Facsimile:  (404) 527-4198
>Email: gmarsh@mckennalong.com
>       ngarroway@mckennalong.com
>       klentz@mckennalong.com
>       dgordon@mckennalong.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers, but also includes, without limitation, any order, notice, application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone,

ATLANTA:5283926.1

facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including, inter alia, the following: (a) the Debtor; or (b) property of the Debtor, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use or claim; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the Debtor.

Respectfully submitted, this 8th day of February, 2011.

**MCKENNA LONG & ALDRIDGE LLP**

/s/ David E. Gordon
David E. Gordon, Esq.
Georgia Bar No: 111877
Gary W. Marsh, Esq.
Georgia Bar No: 471290
Nathan L. Garroway
Georgia Bar No. 142194
Kathleen A. Lentz
Georgia Bar No. 214008

303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Telephone:  (404) 527-4000
Facsimile:  (404) 527-4198
Attorneys for RES-GA Cobblestone, LLC &
RES-GA Mills Cove, LLC

## CERTIFICATE OF SERVICE

I certify that I have this day served a true and correct copy of the within and foregoing NOTICE OF APPEARANCE upon counsel of record in the above-styled action by depositing a copy of same in the United States mail with adequate postage affixed thereto except as where indicated via hand delivery, addressed as follows:

Grady A. Roberts
P.O. Box 431
Redan, GA  30074

Mary Ida Townson
Chapter 13 Trustee
Suite 2700 Equitable Bldg.
100 Peachtree Street, NW
Atlanta, GA 30303

Office of the US Trustee
Suite 362
75 Spring Street, SW
Atlanta, GA 30303-3330

This 8th day of February, 2011.

MCKENNA LONG & ALDRIDGE LLP

By:   /s/ David E. Gordon
      David E. Gordon, Esq.
      Georgia Bar No: 111877

Suite 5300-303 Peachtree Street
Atlanta, Georgia 30308
Telephone: (404) 527-4000
Fax: (404) 527-4198
Email:  dgordon@mckennalong.com