# UNITED STATES BANKRUPTCY COURT
# NORTH DISTRICT OF GEORGIA

In re:  )
**GRADY ROBERTS,**  )   CHAPTER 13
  )
    Debtor.  )   CASE NO.   11-53671
  )
  )

## VOLUNTARY DISMISSAL

COMES NOW Debtor, *GRADY ROBERTS*, pro se, and hereby files this Voluntary Dismissal "Without Prejudice", of its Chapter 13 Bankruptcy filing.

This 24th day of _____, 2011.

Respectfully submitted,

GRADY ROBERTS
Pro Se Debtor
P. O. Box 431
Redan, GA 30074
(404) 794-7000 phone
(404) 794-7001 fax

FEB 23 2011 AM10:06



H. REGINA THOMAS, CLERK
DEPUTY CLERK
FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

# UNITED STATES BANKRUPTCY COURT
# NORTH DISTRICT OF GEORGIA

| | |
|---|---|
| **In re:** ) | |
| **GRADY ROBERTS,** ) | **CHAPTER 13** |
| ) | |
| Debtor. ) | **CASE NO.   11-53671** |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served U. S. Bankruptcy Court Trustee, _____

with a copy of the within VOLUNTARY DISMISSAL by depositing the same with the United

States Postal Service, properly addressed and with adequate postage thereon to:

|  |  |
|---|---|
|  |  |

This __24__ th day of __Feb__ 2011.

Respectfully submitted,

GRADY ROBERTS
Pro Se Debtor
P. O. Box 431
Redan, GA  30074
(404) 794-7000 phone
(404) 794-7001 fax