UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ENTERED ON DOCKET
FEB 24 2011

IN RE: : CASE NO. 11-53671-JB
:
GRADY ROBERTS, :
: CHAPTER 13
Debtor. :

## ORDER OF DISMISSAL

This Chapter 13 case came before the Court on February 23, 2011 for a scheduled hearing on a motion to dismiss the case with prejudice or, in the alternative, for modification of the automatic stay filed by RES-GA Cobblestone, LLC and RES-GA Mills Cove, LLC (collectively, "RES-GA") (Docket No. 7). The hearing was scheduled for 10:00 a.m. At 10:06 a.m., the debtor filed a *pro se* voluntary dismissal of the case (Docket No. 17). After filing the voluntary dismissal, debtor appeared at the hearing. Attorney David Gordon was present on behalf of RES-GA and David Weidenbaum and Jim Morawetz were present on behalf of the United States Trustee.

Under 11 U.S.C § 109(g)(2), an individual is not eligible to be a debtor if at any time in the preceding 180 days the debtor requested and obtained the voluntary dismissal of a case following the filing of a request for relief from the automatic stay provided by 11 U.S.C. § 362. Accordingly, this case is dismissed with a finding that the debtor requested and obtained a voluntary dismissal of the case following the filing of a request for relief from the automatic stay by RES-GA and thus is ineligible for filing

another bankruptcy case for 180 days.

The Court also notes that debtor did not pay the filing fee in this case, nor did he file any Chapter 13 plan, Statement of Financial Affairs, or Schedules as required by the Bankruptcy Code and Rules.  With respect to the filing fee, the Court entered an Order on February 7, 2011 requiring debtor to pay the balance of the filing fee in the amount of $199.00 within ten (10) days of the entry of that Order.  The Order further provided that if the debtor failed to pay the filing fee in accordance with the Order, the case would be dismissed and the automatic stay would be annulled *ab initio* effective as of the date of the filing of the case.  The court records show and debtor acknowledged that he did not pay the filing fee.  Accordingly, this case is also dismissed with a finding that the automatic stay is annulled *ab initio* effective as of the date of the filing of this case.

Finally, the Court notes the debtor has filed three prior Chapter 13 cases, none of which was prosecuted properly by the debtor.  Debtor's first and second cases, Case No. 08-62270-JB and Case No. 08-72584-JB, were both filed through counsel in 2008.  Debtor failed to file a Chapter 13 plan, the required Schedules, and the required Statement of Financial Affairs in both of those cases.  He also failed to attend the meeting of creditors and never made any plan payments to the Chapter 13 Trustee in either of those cases.

Debtor filed a third Chapter 13 case *pro se*, Case No. 09-71833-JB on May 5, 2009.  This case was dismissed for failure to pay the filing fee.  Again, the docket

reflects the debtor made no plan payments to the Chapter 13 Trustee and failed to attend the meeting of creditors or file a Chapter 13 plan, Statement of Financial Affairs, or the required Schedules.

In accordance with the above reasoning, this case, debtor's fourth Chapter 13 case, is dismissed with a finding that debtor is ineligible to file any case under Title 11 for 180 days, and any automatic stay in this case is annulled effective as of the date this case was filed.

IT IS SO ORDERED, this 23rd day of February, 2011.

_____
JOYCE BIHARY
UNITED STATES BANKRUPTCY JUDGE

Distribution List:

**Grady A. Roberts**
P.O. Box 431
Redan, GA 30074

**Grady A. Roberts**
Grady Roberts Law
191 Peachtree Street, NE
Suite 3300
Atlanta, Georgia 30303

**Grady A. Roberts**
1846 Wellbourne Drive
Atlanta, Georgia 30324

**David E. Gordon**
McKenna Long & Aldridge, LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308

**Nathan L. Garroway**
McKenna Long & Aldridge, LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308

**Mary Ida Townson**
Chapter 13 Trustee
Suite 2700, Equitable Bldg.
100 Peachtree Street, NW
Atlanta, GA 30303

**Sonya M. Buckley**
Counsel to the Chapter 13 Trustee
Suite 2700, Equitable Bldg.
100 Peachtree Street, NW
Atlanta, GA 30303

**David Weidenbaum**
Office of the US Trustee
Suite 362
75 Spring Street, SW
Atlanta, GA 30303-3330